IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAIZON Z. WYNN :
: CIVIL ACTION
v. :
: NO. 15-03273
CAROLYN W. COLVIN, :
Acting Commissioner of :
Social Security :

**O R D E R**

**AND NOW,** this  9th  day of  June , 2017, upon consideration of Plaintiff's Request for Review (ECF No. 17) of the Decision of the Commissioner of Social Security, the **Report and Recommendation** (ECF No. 22) of United States Magistrate Judge Marilyn Heffley, and Plaintiff's **Objections** (ECF No. 26) to the **Report and Recommendation**, it is **ORDERED** as follows:

1. Plaintiff's **Objections** (ECF No. 26) to the **Report and Recommendation** are **OVERRULED**;

2. The **Report and Recommendation** is **APPROVED** and **ADOPTED.**

The Clerk is directed to mark this Case closed.

    **IT IS SO ORDERED.**

                                        BY THE COURT:

                                        **R. BARCLAY SURRICK, J.**